IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACK WADE WARREN,
#13477-077,

Petitioner,

vs.  Case No. 17-cv-674-DRH

WILLIAM TRUE and
J. PATRICIA WILSON SMOOT,

Respondents.

## JUDGMENT

This action came before the Court, United States District Judge David R. Herndon, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Petitioner and **IN FAVOR OF** Respondents. This action for habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice as to Claim 1 and with prejudice as to Claim 2.

**DATED**: August 9, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tammy McMannis
Deputy Clerk

Digitally signed by
Judge David R. Herndon
Date: 2017.08.09
11:43:52 -05'00'

APPROVED: _____
District Judge
United States District Court